## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| FRANKLIN MARSHALL,        ) | |
|        ) | |
| PLAINTIFF,        ) | |
|        ) | |
| V.        ) | CIVIL ACTION NO. 2:06-CV-01119-MEF-CSC |
|        ) | |
| LITTON LOAN SERVICING, LP,        ) | |
|        ) | |
| DEFENDANT.        ) | |
|        ) | |

### JOINT STIPULATION OF DISMISSAL

Come now the plaintiff Franklin Marshall and defendant Litton Loan Servicing, L.P. ("Litton") and jointly stipulate to the dismissal with prejudice of all claims asserted against defendant Litton in the above styled action. Each party shall bear its own costs, attorney fees and expenses.

Dated this 2/26 day of February, 2007.


_____
One of the Attorneys for Plaintiff

R. Brent Irby
McCALLUM LAW FIRM, LLC
2062 Columbiana Road
Birmingham, Alabama 35216


_____
One of the Attorneys for Defendant
Litton Loan Servicing, L.P.

Gregory C. Cook
A. Kelly Brennan
Steven R. Parker
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203-2015

883086.1